Decided February 27, 1992

STATE OF CONNECTICUT *v.* STANFORD L. FRYE

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 472, is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the defendant's request for hybrid representation did

not require a proper canvass regarding waiver of his right to counsel?

"2. Did the Appellate Court properly conclude that the defendant's exception to the trial court's jury instructions, regarding the absence of a limiting instruction on the defendant's criminal record, was inadequate to preserve that issue for appeal?"

*Neal Cone,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided March 5, 1992